## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JODY A. HADLEY, | ) |
| | ) |
|       **Plaintiff** | ) |
|   v. | )    Civil No.   10-51-P-S |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
|       **Defendants** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 18) filed December 30, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

                                                             /s/ George Z. Singal
                                                          United States District Judge

Dated this 24th day of January, 2011.